UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LORRAINE MURRAY** | ) | **Case Number:  10-1294** |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **ALLIED INTERSTATE, INC.** | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, LORRAINE MURRAY, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

        BY: /s/ Brent F. Vullings
            Brent F. Vullings, Esquire
            Attorney for Plaintiff
            Attorney I.D. #92344
            Warren & Vullings, LLP
            1603 Rhawn Street
            Philadelphia, PA  19111
            215-745-9800